UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA SIBRIAN, GEBIN B. SIBRIAN, W. S., a minor through her Guardian Ad Litem MARIA SIBRIAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN BERNARDINO COUNTY *et al.*,<br><br>Defendants. | Case No. 2:09-cv-08014-JHN-DTBx<br><br>**JUDGMENT**<br><br>Judge: Honorable Jacqueline H. Nguyen |

On February 14, 2011, the Court, Hon. Jacqueline H. Nguyen, District Judge Presiding, held a hearing on the following motions: (1) Motion for Summary Judgment (docket no. 59) filed by Defendants County of San Bernardino, San Bernardino County Sheriff's Department, Sheriff-Coroner Rod Hoops, Detective Reece, Deputy Frabasilio (erroneously sued as Frabasho), Deputy E. Roberts, Deputy T. Garcia, Deputy P. Ruiz, Deputy M. Brandt, Deputy M. Flores, Sergeant D. Atkinson, Detective M. Landavazo, and Detective J. Venegas (collectively "San Bernardino Defendants"); (2) Motion for Summary Judgment (docket no. 62) filed by Defendants City of Pomona, Police Chief Dave

Keetle, Sergeant Congolton, Sergeant DeVee, Officer Gomez, Officer Heiselt, Officer Blank, and Officer Pagtakhan (collectively "the Pomona Defendants"); and (3) Motion for Summary Adjudication (docket no. 50) filed by Plaintiffs Maria Sibrian ("Maria"), Gebin B. Sibrian ("Gebin"), and W. S. (a minor, through her Guardian ad Litem, Maria Sibrian) (collectively, "Plaintiffs"). After fully considering the briefs and evidence filed in this matter, as well as oral arguments presented at the hearing, the Court, having duly rendered a decision on July 18, 2011, GRANTED Defendants' respective motions (docket nos. 59, 62) as to the first, fourth, and sixth claims (premised on alleged violations of the Fourth Amendment), declined to exercise supplemental jurisdiction over Plaintiffs' second, third, and fifth claims (premised on alleged violations of state law), and DENIED Plaintiffs' motion (docket no. 50).

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED that:**

1. Plaintiffs shall take nothing by their Complaint;
2. Judgment shall be entered in favor of San Bernardino Defendants and Pomona Defendants on the first, fourth, and sixth claims and such claims shall be dismissed on the merits;
3. Plaintiffs' second, third, and fifth claims shall be dismissed based on this Court declining to exercise supplemental jurisdiction over the claims; and
4. Defendants shall recover their costs.

DATED: July 19, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT